IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ASHRAF N. TADROS and SHAUN M. TADROS,

Plaintiffs,

v.

WILMINGTON TRUST, NATIONAL ASSOCIATION AS SUCCESSOR TRUSTEE TO CITIBANK, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; BANK OF AMERICA NA; SPECIALIZED LOAN SERVICING, LLC; QUALITY LOAN SERVICING CORPORATION OF WASHINGTON; ROSE CITY VENTURES, INC.; and RAIN CITY CAPITAL OF OREGON, LLC,,

Defendants.

Civ. No. 3:17-cv-01623-AA

JUDGMENT

This case is DISMISSED.

DATED: 10/25/2018

Mary L. Moran, Clerk

By /s/ Cathy Kramer
Deputy Clerk