FILED

MAY 21 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ASHRAF N. TADROS; SHAUN M. TADROS,<br><br>Plaintiffs-Appellants,<br><br>v.<br><br>WILMINGTON TRUST, N.A., as Successor Trustee to Citibank, N.A.; et al.,<br><br>Defendants-Appellees. | No. 18-35979<br><br>D.C. No. 3:17-cv-01623-AA<br>District of Oregon,<br>Portland<br><br>ORDER |

Pursuant to the stipulation of the parties (Docket Entry No. 14), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

Sasha M. Cummings
Circuit Mediator

SMC/Mediation